■ HENRY R. KAHN, Doing Business under the Name of HENRY R. KAHN Co., Respondent, v. WALDORF ASSOCIATES, INC., et al., Appellants.— In the light of the holding by Special Term and the concession by plaintiff's counsel that plaintiff is obligated to establish employment under his pleading, the order is unanimously affirmed, with $20 costs and disbursements to plaintiff-respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ STANLEY SIMON, Respondent, v. CHARLES CENSOR et al., Individually and as Copartners Doing Business as CENSOR BROTHERS AND ROSENBLUM, Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ EASTERN CAPITAL CORP., Respondent, v. WALTER FREEMAN, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ MEYER JESHION et al., Respondents, v. DAVID L. HOLZER, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ GEORGE R. TEICH v. AETNA INDUSTRIAL CORPORATION.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ METROPOLITAN LIFE INSURANCE COMPANY v. ADOLF O. BLUM et al. — Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ KUHN, SMITH & HARRIS, INC., v. DAVIES & DAVIES.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of ROBERT FREYMANN against ROBERT C. WEAVER and CLAUDE ARPELS.— Motion for leave to reargue and for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of GEORGE V. FERGUSON against STEPHEN P. KENNEDY, as Police Commissioner, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ DAVID SUAREZ, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Defendant, and RALPH E. CASEY et al., Appellants.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ SYLNOR HOLDING CORP. v. MAX ROSENBERG.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ GUSTAVE SILVERMAN et al. v. HOTEL WALES, INC., et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 20, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEANNE DESCOLLONGES against JEAN DESCOLLONGES.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.